NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7133

JOSEPHINE LAZERANO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 08-3886, Judge Lawrence B. Hagel.

ON MOTION

Before LINN, Circuit Judge.

## O R D E R

The Secretary of Veterans Affairs submits a status report in response to this court's December 18, 2009 order, and moves to summarily affirm the judgment of the United States Court of Appeals for Veterans Claims in light of this court's en banc decision in Henderson v. Shinseki, 589 F.3d 1201 (Fed. Cir. 2009).

The court deems it appropriate to continue the stay of proceedings in this case until the Supreme Court's final disposition of Henderson.

Accordingly,

IT IS ORDERED THAT:

(1) The Secretary's motion to summarily affirm is denied without prejudice to renewal.

(2) The stay of the briefing schedule remains in effect pending the Supreme Court's final disposition of Henderson. The Secretary is directed to inform this court, within 14 days of the Supreme Court's final disposition of Henderson, concerning how

he believes that this appeal should proceed. The appellant may also respond within that time.

FOR THE COURT

_MAR 2 6 2010_
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Josephine Lazerano
Kenneth S. Kessler, Esq.
s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 6 2010

JAN HORBALY
CLERK

2009-7133                                      2